**Order entered April 7, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01234-CV

### STO CORP., Appellant

### V.

### CANAL SIDE LOFTS, LTD., ET AL., Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-04649-B**

## ORDER

We **GRANT** appellant's April 2, 2015 motion for an extension of time to file a brief.

Appellant shall file a brief by **MAY 6, 2015**.

/s/     ELIZABETH LANG-MIERS
JUSTICE